

Lathrop GPM LLP
lathropgpm.com

80 South Eighth Street
500 IDS Center
Minneapolis, MN 55402
Main: 612.632.3000

**Julia Dayton Klein**
**Partner**
**Julia.DaytonKlein@Lathropgpm.com**
**612.632.3153**

June 17, 2020

The Honorable Eric C. Tostrud                                         **Via ECF**
United States District Court
316 North Robert Street
St. Paul, MN 55101

Re:  *League of Women Voters of Minnesota Education Fund, et al. v. Steve Simon*
     Case No. 0:20-cv-01205

Dear Judge Tostrud:

I write to inform the Court of an Order (attached), approving a Stipulation and Partial Consent Decree entered in a case entitled *Robert LaRose, et al. v. Steve Simon*, Case No. 62-cv-20-3149, which was issued earlier today in Minnesota State Court.

Plaintiffs wanted to make the Court aware of this Order in advance of tomorrow's fairness hearing.


Very truly yours,

LATHROP GPM LLP

By    *s/ Julia Dayton Klein*
    Julia Dayton Klein
    Partner


JDK/tll
Enclosure