UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MINNESOTA EDUCATION FUND and VIVIAN LATIMER TANNIEHILL,<br><br>                    *Plaintiffs*,<br><br>v.<br><br><br>STEVE SIMON, in his official capacity as Secretary of State of Minnesota,<br>                    *Defendant*. | Case No. 0:20-cv-01205-ECT-TNL |

**EMERGENCY MOTION TO CONTINUE HEARING**

Movants—Donald J. Trump for President, Inc., the Republican National Committee, and the Republican Party of Minnesota—respectfully ask this Court to continue the fairness hearing scheduled for today. Movants strongly object to the parties' proposed consent decree, which would rewrite Minnesota election law shortly before the election and significantly injure Movants. A brief continuance will allow Movants to intervene in this case and to participate at the fairness hearing. For the reasons outlined in the attached memorandum, Movants have "good cause" for a continuance. LR 6.1(a). Movants respectfully request a ruling on this motion **before 11:00 A.M. today, Thursday, June 18, 2020**, when the hearing is scheduled to begin. *See* Doc. 26.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 18, 2020 | *s/ Richard G. Morgan* |
|  | Richard G. Morgan |
|  | LEWIS BRISBOIS |
|  | 90 South 7th Street |
|  | Suite 2800 |
|  | Minneapolis, MN 55402 |
|  | 612-428-5000 |
|  | 612-428-5001 (fax) |
|  | richard.morgan@lewisbrisbois.com |

Thomas R. McCarthy (pro hac vice forthcoming)
Jeffrey M. Harris (pro hac vice forthcoming)
Cameron T. Norris (pro hac vice forthcoming)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
jeff@consovoymccarthy.com
cam@consovoymccarthy.com

*Counsel for Movants*