UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MINNESOTA EDUCATION FUND and VIVIAN LATIMER TANNIEHILL,<br><br>*Plaintiffs*,<br><br>v.<br><br>STEVE SIMON, in his official capacity as Secretary of State of Minnesota,<br>*Defendant*. | Case No. 0:20-cv-01205-ECT-TNL |

## LR 7.1(f) CERTIFICATE OF COMPLIANCE

I, Richard G. Morgan, representing proposed intervenor-defendants Donald J. Trump for President, Inc., the Republican National Committee, and the Republican Party of Minnesota, certify that I met and conferred with Plaintiffs and Defendant by emailing their counsel to discuss whether they consent to Movants' motion to continue the hearing. Both Plaintiffs and Defendant responded that they oppose.

                              Respectfully submitted,

Respectfully submitted,

Dated: June 18, 2020

  *s/ Richard G. Morgan*
Richard G. Morgan
LEWIS BRISBOIS
90 South 7th Street
Suite 2800
Minneapolis, MN 55402
612-428-5000
612-428-5001 (fax)
richard.morgan@lewisbrisbois.com

Thomas R. McCarthy (pro hac vice forthcoming)
Jeffrey M. Harris (pro hac vice forthcoming)
Cameron T. Norris (pro hac vice forthcoming)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
jeff@consovoymccarthy.com
cam@consovoymccarthy.com

*Counsel for Donald J. Trump for President, Inc., the Republican National Committee, and the Republican Party of Minnesota*