UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| League of Women Voters of Minnesota Education Fund and Vivian Latimer Tanniehill, | File No. 20-cv-01205 (ECT/TNL) |
| Plaintiffs, | **ORDER** |
| v. | |
| Steve Simon, in his official capacity as Secretary of State of Minnesota, | |
| Defendant. | |

The Emergency Motion to Continue Hearing filed by Donald J. Trump for President, Inc., the Republican National Committee, and the Republican Party of Minnesota ("Movants") [ECF No. 29] is **GRANTED**.

The hearing on the fairness, reasonableness, and adequacy of the Stipulation and Partial Consent Judgment and Decree [ECF No. 24] is rescheduled to Tuesday, June 23, 2020, beginning at 11:00 a.m. by videoconference.  Instructions for joining the videoconference will be sent to counsel separately.

Movants shall file their motion to intervene and supporting papers by not later than 5:00 p.m. on Saturday, June 20, 2020.  By not later than that same deadline, Movants also shall file papers addressing the fairness, reasonableness, and adequacy of the Stipulation and Partial Consent Judgment and Decree [ECF No. 24] to the extent these issues are not addressed in their intervention motion.

Plaintiffs League of Women Voters of Minnesota Education Fund and Vivian Latimer Tanniehill and Defendant Steve Simons, Secretary of State of Minnesota, shall file any responsive papers by not later than 5:00 p.m. on Monday, June 22, 2020.

**SO ORDERED.**

Dated:  June 18, 2020             s/ Eric C. Tostrud
                                  Eric C. Tostrud
                                  United States District Court