# TAYLOR DECLARATION EXHIBIT 1

 **World Health Organization**



**There is a current outbreak of Coronavirus (COVID-19) disease**    **Find out more →**



# Coronavirus

**Overview**          Prevention          Symptoms

Coronavirus disease (COVID-19) is an infectious disease caused by a newly discovered coronavirus.

Most people infected with the COVID-19 virus will experience mild to moderate respiratory illness and recover without requiring special treatment.  Older people, and those with underlying medical problems like cardiovascular disease, diabetes, chronic respiratory disease, and cancer are more likely to develop serious illness.

The best way to prevent and slow down transmission is be well informed about the COVID-19 virus, the disease it causes and how it spreads. Protect yourself and others from infection by washing your hands or using an alcohol based rub frequently and not touching your face.

The COVID-19 virus spreads primarily through droplets of saliva or discharge from the nose when an infected person coughs or sneezes, so it's important that you also practice respiratory etiquette (for example, by coughing into a flexed elbow).

At this time, there are no specific vaccines or treatments for COVID-19. However, there are many ongoing clinical trials evaluating potential treatments. WHO will continue to provide updated information as soon as clinical findings become available.

Stay informed:

- **Protect yourself: advice for the public**
- **Myth busters**
- **Questions and answers**
- **Situation reports**
- **All information on the COVID-19 outbreak**

**Stay safe**                                                                                        ⊕

**Situation updates**                                                                          ⊕

**Research and guidance**                                                                   ⊕

# TAYLOR DECLARATION EXHIBIT 2


(http://www.health.state.mn.us/index.html)

# About COVID-19

On this page:
COVID-19 disease
How it spreads
Severity
Treatment
Many unknowns
More

## COVID-19 disease

COVID-19 is an infectious disease.

The disease is caused by a coronavirus not found in people before.

It causes viral respiratory illness.

We are still learning about the new virus. We do not know yet:

How sick it may make different people.

How well it passes between people.

Other features the new coronavirus may have.

We will share more information when we have it.

Coronavirus Disease 2019 (COVID-19) Key Messages
(http://www.health.state.mn.us/diseases/coronavirus/materials/keymessages.html)
Basic overview of COVID-19 in multiple languages.

## How it spreads

People can spread the COVID-19 disease to each other.

The disease is thought to spread by nose and mouth droplets when someone who is infected coughs, sneezes or exhales.

The droplets can land in the mouths or noses of people nearby. It may be possible for people to breathe the droplets into their lungs. It is important to stay 6 feet away from other people in public. At home, someone who is sick should stay alone, in one room, as much as possible.

Droplets can land on surfaces and objects that other people then touch. It is important to wash your hands before you touch your mouth, nose, face or eyes. Clean surfaces that are touched often. Clean surfaces often if someone in the house is sick.

Infected people may be able to spread the disease before they have symptoms or feel sick.

## Severity

Many people with COVID-19 have mild illness. However, anyone can become severely ill from this virus.

Based on current information and experience, older adults and people of any age who have serious underlying medical conditions have a greater risk of getting very sick from COVID-19. Ask your health care provider if you have greater risk of getting sicker.

People at higher risk may be:

Age 65 and older.

Living in a nursing home or long-term care facility.

Any age if they have underlying health conditions, especially if the conditions are not well controlled:

Chronic lung disease or moderate to severe asthma.

Serious heart conditions.

Severe obesity with body mass index (BMI) of 40 or higher.

Diabetes.

Chronic kidney disease undergoing dialysis.

Liver disease.

Immunocompromised. Many conditions can cause a person to be immunocompromised, including cancer treatment, smoking, bone marrow or organ transplantation, immune deficiencies, poorly controlled HIV or AIDS, and prolonged use of corticosteroids and other immune weakening medications.

For more information, see:

Managing Chronic Conditions during COVID-19 (http://www.health.state.mn.us/people/conditions/index.html)
CDC: COVID-19 and HIV (https://www.cdc.gov/hiv/covid-19/index.html)
MATEC: COVID-19 Information for Persons Living with HIV in Minnesota (Google Doc) (https://drive.google.com/file/d/1OpEzQqNP0dNDowYjxaf0PVARbh2b_Me-/edit)

# Treatment

COVID-19 has no known specific treatment.

Rest and drink lots of liquids.

If your symptoms get worse and you need a doctor, call your clinic or an emergency room before you go there.

# Many unknowns

As doctors and scientists continue to gather new information, it is important to take COVID-19 seriously. We know some of the negative effects it can have, but we do not yet know all of the negative effects it may have. It is important to keep working to slow the spread of the virus by staying home when you can, staying 6 feet away from others, wearing a mask, covering your coughs and sneezes, and washing your hands often and well.

# Physical health effects

The virus that causes COVID-19 can affect people in different ways. Some can get very sick, while most have mild or moderate symptoms and get better without going to a clinic or into a hospital. Some have no symptoms. Some people die.

Some people are in the hospital for weeks. Some may need to be put on a ventilator in order to breathe and survive. Some may need to be put on a heart-lung bypass machine. The virus that causes COVID-19 has been linked to increased:

> Blood clotting.
>
> Strokes.
>
> Heart damage.
>
> Other organ damage.

For those that do get better, they may have long-term health problems from the virus. The disease may cause damage to the lungs, leading to ongoing trouble with breathing. New evidence shows that COVID-19 can also lead to health problems in children. More research is needed to better understand how the virus may cause short and long-term illness.

More information:

> Nervous system damage:
>
> Neurologic Manifestations of Hospitalized Patients With Coronavirus Disease 2019 in Wuhan, China (https://jamanetwork.com/journals/jamaneurology/fullarticle/2764549)
>
> Heart damage:
>
> The Harvard Gazette: Coronavirus and the heart (https://news.harvard.edu/gazette/story/2020/04/covid-19s-consequences-for-the-heart/)
>
> Risks for pregnant women and infants:
>
> Neonatal Early-Onset Infection With SARS-CoV-2 in 33 Neonates Born to Mothers With COVID-19 in Wuhan, China (https://jamanetwork.com/journals/jamapediatrics/fullarticle/2763787)
>
> New complications in children:
>
> For Parents: Multisystem Inflammatory Syndrome in Children (MIS-C) associated with COVID-19 (https://www.cdc.gov/coronavirus/2019-ncov/daily-life-coping/children/mis-c.html)
>
> Possible sexual transmission:
>
> Clinical Characteristics and Results of Semen Tests Among Men With Coronavirus Disease 2019 (https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2765654)

## Other health effects

COVID-19 disease can cause more than physical health problems. COVID-19 is a continuing threat to the personal, financial, and mental well-being of Minnesotans This stress can lead to health problems. COVID-19 can cause stress when people:

> Must be in the hospital.
>
> Lose their jobs or cannot go to work.
>
> Do not have money to pay bills.
>
> Are separated from family and friends.

# More

Symptoms & Testing: COVID-19
(http://www.health.state.mn.us/diseases/coronavirus/symptoms.html)
What are the symptoms, when to get tested, and where to get tested.

If You Are Sick: COVID-19 (http://www.health.state.mn.us/diseases/coronavirus/sick.html)
What to do if you are sick and information on going to the doctor.

Protect Yourself & Others: COVID-19
(http://www.health.state.mn.us/diseases/coronavirus/prevention.html)
How to slow the spread, including information on masks and cloth face coverings and cleaning your home.

Daily Life & Coping: COVID-19
(http://www.health.state.mn.us/diseases/coronavirus/cope.html)
Multigenerational living, stress and coping, pets, and more.

Updated Tuesday, 16-Jun-2020 15:28:38 CDT

# TAYLOR DECLARATION EXHIBIT 3





# WHO Director-General's opening remarks at the media briefing on COVID-19 - 11 March 2020

11 March 2020

Good afternoon.

In the past two weeks, the number of cases of COVID-19 outside China has increased 13-fold, and the number of affected countries has tripled.

There are now more than 118,000 cases in 114 countries, and 4,291 people have lost their lives.

Thousands more are fighting for their lives in hospitals.

In the days and weeks ahead, we expect to see the number of cases, the number of deaths, and the number of affected countries climb even higher.

WHO has been assessing this outbreak around the clock and we are deeply concerned both by the alarming levels of spread and severity, and by the alarming levels of inaction.

We have therefore made the assessment that COVID-19 can be characterized as a pandemic.

Pandemic is not a word to use lightly or carelessly. It is a word that, if misused, can cause unreasonable fear, or unjustified acceptance that the fight is over, leading to unnecessary suffering and death.

Describing the situation as a pandemic does not change WHO's assessment of the threat posed by this virus. It doesn't change what WHO is doing, and it doesn't change what countries should do.

We have never before seen a pandemic sparked by a coronavirus. This is the first pandemic caused by a coronavirus.

And we have never before seen a pandemic that can be controlled, at the same time.

WHO has been in full response mode since we were notified of the first cases.

And we have called every day for countries to take urgent and aggressive action.

We have rung the alarm bell loud and clear.

===

As I said on Monday, just looking at the number of cases and the number of countries affected does not tell the full story.

Of the 118,000 cases reported globally in 114 countries, more than 90 percent of cases are in just four countries, and two of those – China and the Republic of Korea - have significantly declining epidemics.

81 countries have not reported any cases, and 57 countries have reported 10 cases or less.

We cannot say this loudly enough, or clearly enough, or often enough: all countries can still change the course of this pandemic.

If countries detect, test, treat, isolate, trace, and mobilize their people in the response, those with a handful of cases can prevent those cases becoming clusters, and those clusters becoming community transmission.

Even those countries with community transmission or large clusters can turn the tide on this virus.

Several countries have demonstrated that this virus can be suppressed and controlled.

The challenge for many countries who are now dealing with large clusters or community transmission is not whether they **can** do the same – it's whether they **will**.

Some countries are struggling with a lack of capacity.

Some countries are struggling with a lack of resources.

Some countries are struggling with a lack of resolve.

We are grateful for the measures being taken in Iran, Italy and the Republic of Korea to slow the virus and control their epidemics.

We know that these measures are taking a heavy toll on societies and economies, just as they did in China.

All countries must strike a fine balance between protecting health, minimizing economic and social disruption, and respecting human rights.

WHO's mandate is public health. But we're working with many partners across all sectors to mitigate the social and economic consequences of this pandemic.

This is not just a public health crisis, it is a crisis that will touch every sector – so every sector and every individual must be involved in the fight.

I have said from the beginning that countries must take a whole-of-government, whole-of-society approach, built around a comprehensive strategy to prevent infections, save lives and minimize impact.

Let me summarize it in four key areas.

First, prepare and be ready.

Second, detect, protect and treat.

Third, reduce transmission.

Fourth, innovate and learn.

I remind all countries that we are calling on you to activate and scale up your emergency response mechanisms;

Communicate with your people about the risks and how they can protect themselves – this is everybody's business;

Find, isolate, test and treat every case and trace every contact;

Ready your hospitals;

Protect and train your health workers.

And let's all look out for each other, because we need each other.

===

There's been so much attention on one word.

Let me give you some other words that matter much more, and that are much more actionable.

Prevention.

Preparedness.

Public health.

Political leadership.

And most of all, people.

We're in this together, to do the right things with calm and protect the citizens of the world. It's doable.

I thank you.

**Subscribe to the WHO newsletter →**

# TAYLOR DECLARATION EXHIBIT 4


Centers for Disease
Control and Prevention

# Coronavirus Disease 2019 (COVID-19)

# Cases in the U.S.

Last updated on June 21, 2020



| TOTAL CASES | TOTAL DEATHS |
|---|---|
| 2,248,029 | 119,615 |
| 32,411 New Cases* | 560 New Deaths* |



**Want More Data?**
CDC COVID Data Tracker

## Cases & Deaths by Jurisdiction

38 jurisdictions report more than 10,000 cases of COVID-19.

This map shows COVID-19 cases and deaths reported by U.S. states, the District of Columbia, New York City, and other U.S.-affiliated jurisdictions. Hover over the map to see the number of cases and deaths reported in each jurisdiction. To go to a jurisdiction's health department website, click on the jurisdiction on the map.



**Reported Cases**

○ 0 to 1,000    ○ 1,001 to 5,000
○ 5,001 to 10,000    ○ 10,001 to 20,000
○ 20,001 to 40,000    ● 40,001 or more

AS   GU   MH   FM   MP   PW   PR   VI

Add U.S. Map to Your Website

## Cases & Deaths by County

Select a state to view the number of cases and deaths by county. This data is courtesy of USAFacts.org ⬚

| Select a State | ▼ |

**View County Data**

## New Cases by Day

The following chart shows the number of new COVID-19 cases reported each day in the U.S. since the beginning of the outbreak. Hover over the bars to see the number of new cases by day.



■ Cases   (Reset)

| View Data | + |

## Cases by Age

The following chart shows the age of people with COVID-19. Hover over each bar or click on the plus (+) sign below the chart to see the number of cases in each age group.

Data were collected from 1,934,566 people, and age was available for 1,932,051 (99.9%) people.



| View Data | + |

## Cases by Race/Ethnicity

The following chart shows the race/ethnicity of people with COVID-19. Hover over each bar or click on the plus (+) sign below the chart to see the percentage for each race/ethnicity group. Select from the "Age" dropdown list to see the percentage for each age group.

Data were collected from 1,934,566 people, but race/ethnicity was only available for 932,488 (48.2 %) people. CDC is working with states to provide more information on race/ethnicity for reported cases. The percent of reported cases that include race/ethnicity data is increasing.



| View Data | + |
|---|---|

These data only represent the geographic areas that contributed data on race/ethnicity. Every geographic area has a different racial and ethnic composition. These data are not generalizable to the entire U.S. population.

If cases were distributed equally across racial and ethnic populations, one would expect to see more cases in those populations that are more highly represented in geographic areas that contributed data.

## Cases & Deaths among Healthcare Personnel

Data were collected from 1,934,565 people, but healthcare personnel status was only available for 420,053 (21.7%) people. For the 83,365 cases of COVID-19 among healthcare personnel, death status was only available for 53,613 (64.3%).



| CASES AMONG HCP | DEATHS AMONG HCP |
|---|---|
| 83,365 | 463 |

| Previous Data | + |
|---|---|

CDC has moved the following information to the Previous U.S. COVID-19 Case Data page.

- Level of community transmission by jurisdiction — last updated May 18, 2020
- Total number of cases by day — last updated April 28, 2020
- Number of cases by source of exposure — last updated April 16, 2020
- Number of cases from Wuhan, China and the Diamond Princess cruise — last updated April 16, 2020
- Number of cases by illness start date — last updated April 15, 2020

---

## About the Data        +

### Updated Daily

This page is updated daily based on data confirmed at 4:00pm ET the day before.

### Reported by Jurisdiction's Health Department

Data on this page are reported voluntarily to CDC by each jurisdiction's health department. CDC encourages all jurisdictions to report the most complete and accurate information that best represents the current status of the pandemic in their jurisdiction.

### Number of Jurisdictions

There are currently 56 U.S.-affiliated jurisdictions reporting cases of COVID-19. This includes 50 states, District of Columbia, Guam, New York City, the Northern Mariana Islands, Puerto Rico, and the U.S Virgin Islands. New York State's case and death counts do not include New York City's counts as they are separate jurisdictions.

### Confirmed & Probable Counts

As of April 14, 2020, CDC case counts and death counts include both confirmed and probable cases and deaths. This change was made to reflect an interim COVID-19 position statement 🗎 ↗ issued by the Council for State and Territorial Epidemiologists on April 5, 2020. The position statement included a case definition and made COVID-19 a nationally notifiable disease. Nationally notifiable disease cases are voluntarily reported to CDC by jurisdictions.

A confirmed case or death is defined by meeting confirmatory laboratory evidence for COVID-19.

A probable case or death is defined by one of the following:

- Meeting clinical criteria AND epidemiologic evidence with no confirmatory laboratory testing performed for COVID-19
- Meeting presumptive laboratory evidence AND either clinical criteria OR epidemiologic evidence
- Meeting vital records criteria with no confirmatory laboratory testing performed for COVID19

Not all jurisdictions report confirmed and probable cases and deaths to CDC. When not available to CDC, it is noted as N/A.

### Accuracy of Data

CDC does not know the exact number of COVID-19 illnesses, hospitalizations, and deaths for a variety of reasons. COVID-19 can cause mild illness, symptoms might not appear immediately, there are delays in reporting and testing, not everyone who is infected gets tested or seeks medical care, and there may be differences in how jurisdictions confirm numbers.

### Changes & Fluctuations in Data

Health departments may update case data over time when they receive more complete and accurate information.

The number of new cases reported each day fluctuates. There is generally less reporting on the weekends and holidays.

### Differences between CDC and Jurisdiction Data

If the number of cases or deaths reported by CDC is different from the number reported by jurisdiction health departments, data reported by jurisdictions should be considered the most up to date. The differences may be due

## More Information

COVIDView – A Weekly Surveillance Summary of U.S. COVID-19 Activity

Previous U.S. COVID-19 Case Data

FAQ: COVID-19 Data and Surveillance

Testing Data in the U.S.

World Map

Health Departments

Page last reviewed: June 21, 2020

# TAYLOR DECLARATION EXHIBIT 5

6/22/2020
Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak | The White House

CASE 0:20-cv-01205-ECT-TNL Document 4-1 Filed 06/22/20 Page 21 of 54



**PROCLAMATIONS**

# Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID–19) Outbreak

Issued on: **March 13, 2020**



In December 2019, a novel (new) coronavirus known as SARS-CoV-2 ("the virus") was first detected in Wuhan, Hubei Province, People's Republic of China, causing outbreaks of the coronavirus disease COVID-19 that has now spread globally.  The Secretary of Health and Human Services (HHS) declared a public health emergency on January 31, 2020, under section 319 of the Public Health Service Act (42 U.S.C. 247d), in response to COVID-19.  I have taken sweeping action to control the spread of the virus in the United States, including by suspending entry of foreign nationals seeking entry who had been physically present within the prior 14 days in certain jurisdictions where COVID-19 outbreaks have occurred, including the People's Republic of China, the Islamic Republic of Iran, and the Schengen Area of Europe.  The Federal Government, along with State and local governments, has taken preventive and proactive measures to slow the spread of the virus and treat those affected, including by instituting Federal quarantines for individuals evacuated from foreign nations, issuing a declaration pursuant to section 319F-3 of the Public Health Service Act (42 U.S.C. 247d-6d), and releasing policies to accelerate the acquisition of personal protective equipment and streamline bringing new diagnostic capabilities to laboratories.  On March 11, 2020, the World Health Organization announced that the COVID-19 outbreak can be characterized as a pandemic, as the rates of infection continue to rise in many locations around the world and across the United States.

The spread of COVID-19 within our Nation's communities threatens to strain our Nation's healthcare systems.  As of March 12, 2020, 1,645 people from 47 States have been infected with the virus that

causes COVID-19.  It is incumbent on hospitals and medical facilities throughout the country to assess their preparedness posture and be prepared to surge capacity and capability.  Additional measures, however, are needed to successfully contain and combat the virus in the United States.

NOW, THEREFORE, I, DONALD J. TRUMP, President of the United States, by the authority vested in me by the Constitution and the laws of the United States of America, including sections 201 and 301 of the National Emergencies Act (50 U.S.C. 1601 *et seq*.) and consistent with section 1135 of the Social Security Act (SSA), as amended (42 U.S.C. 1320b-5), do hereby find and proclaim that the COVID-19 outbreak in the United States constitutes a national emergency, beginning March 1, 2020.  Pursuant to this declaration, I direct as follows:

Section 1.  Emergency Authority.  The Secretary of HHS may exercise the authority under section 1135 of the SSA to temporarily waive or modify certain requirements of the Medicare, Medicaid, and State Children's Health Insurance programs and of the Health Insurance Portability and Accountability Act Privacy Rule throughout the duration of the public health emergency declared in response to the COVID-19 outbreak.

Sec. 2.  Certification and Notice.  In exercising this authority, the Secretary of HHS shall provide certification and advance written notice to the Congress as required by section 1135(d) of the SSA (42 U.S.C. 1320b-5(d)).

Sec. 3.  General Provisions.  (a)  Nothing in this proclamation shall be construed to impair or otherwise affect:

(i)  the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This proclamation shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This proclamation is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

IN WITNESS WHEREOF, I have hereunto set my hand this thirteenth day of March, in the year of our Lord two thousand twenty, and of the Independence of the United States of America the two hundred and forty-fourth.

DONALD J. TRUMP

# TAYLOR DECLARATION
# EXHIBIT 6



# All 50 states under disaster declaration for first time in US history

BY **JUSTINE COLEMAN** - 04/12/20 04:31 PM EDT

**17,515** SHARES

[f SHARE]  [▸ TW]

## Just In...

**2 people killed, 7 others hurt in shooting at NC block party**
STATE WATCH — 2S AGO

**Trump refuses to say if he slowed down coronavirus testing**
CORONAVIRUS REPORT — 26S AGO

**The Hill's 12:30 Report: Fallout from Trump's weekend rally**
12:30 REPORT — 2M 15S AGO

**Pelosi: 'Appalling' for Trump to delay Chinese sanctions over Uighur detention camps**
HOUSE — 10M 6S AGO

**Get the 'F' out of the FDA**
OPINION — 22M 4S AGO

**Watch live: White House press secretary Kayleigh McEnany holds briefing**
IN THE NEWS — 52M 2S AGO

**The US-Sudan 1998 bombing settlement agreement is vital to national security**
OPINION — 52M 3S AGO

**Cuomo calls blaming his office for nursing home deaths a 'political charade'**
STATE WATCH — 54M 21S AGO



All 50 states under disaster declaration for first ti...

All 50 states are under a major disaster declaration for the first time in U.S. history, after President Trump approved Wyoming's declaration Saturday.

Within 22 days, Trump declared a major emergency in all 50 states and most territories through the Federal Emergency Management Agency (FEMA). The final disaster declaration occurred on the same day U.S. surpassed Italy to become the country with the most deaths from the virus.

Trump approved the first major disaster declaration for coronavirus in New York on March 20, followed two days later by Washington and California, the early hot spots of the virus. New York has become the hardest-hit state, recording 188,694 positive cases and 9,385 deaths from the virus, according to the state's health department.

The U.S. Virgin Islands, the Northern Mariana Islands, Washington, D.C., Guam and Puerto Rico all received approved major disaster declarations. American Samoa is the only U.S. territory that has not received a disaster designation.

Trump praised the declarations in a tweet Sunday, saying, "We are winning, and will win, the war on the Invisible Enemy!"

VIEW ALL



Donald J. Trump ✔
@realDonaldTrump

For the first time in history there is a fully signed Presidential Disaster Declaration for all 50 States. We are winning, and will win, the war on the Invisible Enemy!

♡ 238K   2:25 PM · Apr 12, 2020

💬 83.1K people are talking about this

Related News   by   



ABC News to air Bolton interview shortly...



Federal judge orders Seattle police to halt...



Michigan mayor: 'I will be crucified if I vote...



Trump: Foreign countries will print 'millions of mail-in ballots' in...

The Hill's Morning Report - Presented by Facebook - After rough week...

The FEMA declaration makes federal funding available to the states to use to fight the spread of the virus. State and local governments have struggled to obtain enough medical supplies amid the pandemic, with some governors saying there have been bidding wars between states and with the federal government.

The U.S. has the most cases in the world at at least 547,681, leading to at least 21,686 deaths, according to data from Johns Hopkins University. Italy has documented at least 19,899 fatalities.

Worldwide, more than 1.8 million cases have been identified, leading to at least 113,362 deaths.

TAGS   DONALD TRUMP   FEMA   FEDERAL EMERGENCY MANAGEMENT AGENCY   CORONAVIRUS
COVID-19   MAJOR DISASTER DECLARATION   CORONAVIRUS DEATHS



THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX
THE CONTENTS OF THIS SITE ARE ©2020 CAPITOL HILL PUBLISHING CORP., A SUBSIDIARY OF NEWS COMMUNICATIONS, INC.

# TAYLOR DECLARATION
# EXHIBIT 7

This document is made available electronically by the Minnesota Legislative Reference Library as part of an ongoing digital archiving project. http://www.leg.state.mn.us/lrl/execorders/execorders.asp

# STATE OF MINNESOTA
## Executive Department



# Governor Tim Walz

### Emergency Executive Order 20-01

### Declaring a Peacetime Emergency and Coordinating Minnesota's Strategy to Protect Minnesotans from COVID-19

**I, Tim Walz, Governor of the State of Minnesota,** by the authority vested in me by the Constitution and applicable statutes, issue the following Executive Order:

The infectious disease known as COVID-19, an act of nature, has now been detected in 118 countries and territories, including the United States. COVID-19 has been reported in 42 states. There are over 1,600 confirmed cases nationwide, including fourteen in Minnesota.

The U.S. Department of Health and Human Services Secretary has declared a public health emergency for the United States to aid the nation's healthcare community in responding to COVID-19. The World Health Organization has recently assessed that this outbreak can be characterized as a pandemic.

In coordination with other state agencies, local governments, and partners in the private sector, the Minnesota Department of Health ("MDH") has been preparing for and responding to the COVID-19 pandemic in Minnesota.

On April 4, 2019, I issued Executive Order 19-22, which assigned emergency responsibilities to state agencies to respond to and assist in recovery from the effects of natural or technological emergencies, including responsibility to engage in emergency preparedness efforts. On April 4, 2019, I also issued Executive Order 19-23, which directed state agencies to engage in continuity of government and continuity of operations planning. That Executive Order established the Continuity Policy Coordination Sub-Cabinet to develop and maintain a framework for a continuity of government plan, and to oversee agency continuity of operations planning, led by Minnesota Management and Budget ("MMB").

Minnesota has taken proactive steps to ensure that we are ahead of the curve on COVID-19 prevention and response. Our State has been actively conducting continuity planning for state agency operations. MMB activated its Statewide Contingency Response Team ("SCRT"), which meets regularly to coordinate and direct state agencies to ensure priority government services continue. State agency emergency managers and continuity coordinators from the agencies have

1

been meeting together and sharing information related to emergency management and continuity of operations planning activities.

The State also has activated our Joint Information Center ("JIC"), led by the Department of Public Safety ("DPS") and MDH. The JIC is responsible for sharing operational updates and keeping the public informed on COVID-19. This group convenes daily to provide consistent, coordinated, and timely information.

Agencies have activated their internal command or continuity teams and have been reviewing their emergency response and continuity plans, which are plans in place that outline how agencies will provide priority services during an emergency. Agencies have been reviewing their priority services and preparing their employees with the goal of providing uninterrupted priority services throughout an emergency.

On January 29, 2020, MDH instituted its Incident Command System ("ICS"). The ICS provides a standardized approach to the command, control, and coordination of emergency response. MDH convened a state agency COVID-19 coordinating group on March 3, 2020. DPS's Division of Homeland Security and Emergency Management ("HSEM") activated the State Emergency Operations Center on March 6, 2020.

MDH remains in close contact with federal, state, and local partners, and the Commissioner of Health recently convened a group of experts, including healthcare professionals (doctors, nurses, administrators, insurers), government partners (cities, counties, tribal nations), business and labor leaders, educators (child care, K-12, higher ed), public health experts, and authorities on long term care and Minnesota's aging population. This cross-sector group provides guidance to the Commissioner on MDH's strategies for responding to COVID-19.

As part of the response, MDH experts have been providing timely information and education to the public and stakeholders through up-to-date website information, regular press briefings, and calls for stakeholders such as schools, long-term care facilities, healthcare providers, and the business community. MDH's COVID-19 website, with materials available in 16 languages, has been accessed by thousands of Minnesotans.

Local resources are inadequate to fully address the COVID-19 pandemic. We must continue to take this pandemic seriously, and there are sensible steps that Minnesotans and our state government can take to protect all Minnesotans by slowing the spread of COVID-19, prioritizing our healthcare resources, and safeguarding at-risk communities.

For these reasons, I declare a peacetime emergency in Minnesota and order as follows:

1. In consultation with federal, state, and local partners, tribal nations, relevant experts, and stakeholders, MDH will continue to lead the coordination of the State's response to COVID-19.

2. HSEM will continue to assist MDH and coordinate support through the State Emergency Operations Center and in accordance with the Minnesota Emergency Operations Plan.

3. All state agencies, in cooperation with appropriate federal agencies, will work to support healthcare providers, tribal and local governments, and public health organizations as they respond to COVID-19.

4. The Minnesota National Guard will ensure that it is ready to assist as needed during this peacetime emergency.

5. In consultation with the Centers for Disease Control and Prevention, as well as public health, medical, and other experts, MDH will continue to provide guidance that is accessible and transparent to all Minnesotans, including guidance on how to best prevent and reduce community spread of COVID-19 within Minnesota and manage critical healthcare resources.

6. I encourage individual Minnesotans to help protect all Minnesotans by continuing their individual prevention efforts such as staying home when feeling sick, frequently washing their hands, and monitoring information about COVID-19.

7. I urge and advise Minnesotans to follow MDH guidance regarding hygiene, public gatherings, social distancing, and healthcare use. Minnesotans should regularly check MDH's COVID-19 webpage: https://www.health.state.mn.us/diseases/coronavirus/

8. As circumstances require, and pursuant to relevant law, I will issue orders and rules to protect public health and safety. All state agencies are directed to submit proposals for such orders and rules to my office.

This Executive Order and declaration of peacetime emergency is effective immediately under Minnesota Statutes 2019, section 4.035, subdivision 2, and its duration is governed by Minnesota Statutes 2019, section 12.31, subdivision 2.

Signed on March 13, 2020.

_____
**Tim Walz**
Governor

Filed According to Law:

_____
**Steve Simon**
Secretary of State

RESOLUTION

RESOLVED, by the Executive Council of the State of Minnesota, at its emergency meeting on March 16, 2020, that it approves the following:

     Extend peacetime emergency declared in State of Minnesota, Executive Department, Emergency Executive Order 20-01 Declaring a Peacetime Emergency and Coordinating Minnesota's Strategy to Protect Minnesotans from COVID-19 as required by Minnesota Statutes 9.061.

Approved by Executive Council

DATE: _____ March 16, 2020 _____

BY: _____ _A Roberts Davis_ _____

Filed on March 16, 2020
Office of the Minnesota
Secretary of State,
Steve Simon

# TAYLOR DECLARATION EXHIBIT 8



# Coronavirus Disease 2019 (COVID-19)

## How COVID-19 Spreads

Updated June 16, 2020

COVID-19 is thought to spread mainly through close contact from person-to-person. Some people without symptoms may be able to spread the virus. We are still learning about how the virus spreads and the severity of illness it causes.

## Person-to-person spread

The virus is thought to spread mainly from person-to-person.

- Between people who are in close contact with one another (within about 6 feet).
- Through respiratory droplets produced when an infected person coughs, sneezes, or talks.
- These droplets can land in the mouths or noses of people who are nearby or possibly be inhaled into the lungs.
- COVID-19 may be spread by people who are not showing symptoms.

## The virus spreads easily between people

How easily a virus spreads from person-to-person can vary. Some viruses are highly contagious, like measles, while other viruses do not spread as easily. Another factor is whether the spread is sustained, which means it goes from person-to-person without stopping.

**The virus that causes COVID-19 is spreading very easily and sustainably between people.** Information from the ongoing COVID-19 pandemic suggests that this virus is spreading more efficiently than influenza, but not as efficiently as measles, which is highly contagious. In general, **the more closely a person interacts with others and the longer that interaction, the higher the risk of COVID-19 spread.**

## The virus may be spread in other ways

It may be possible that a person can get COVID-19 by **touching a surface or object that has the virus on it** and then touching their own mouth, nose, or possibly their eyes. This is not thought to be the main way the virus spreads, but we are still learning more about how this virus spreads.

## Spread between animals and people

- At this time, the risk of COVID-19 spreading **from animals to people** is considered to be low. Learn about COVID-19 and pets and other animals.
- It appears that the virus that causes COVID-19 can spread **from people to animals** in some situations. CDC is aware of a small number of pets worldwide, including cats and dogs, reported to be infected with the virus that causes COVID-19, mostly after close contact with people with COVID-19. Learn what you should do if you have pets.

## Protect yourself and others

**The best way to prevent illness is to avoid being exposed to this virus.** You can take steps to slow the spread.

- Maintain good social distance (about 6 feet). This is very important in preventing the spread of COVID-19.
- Wash your hands often with soap and water. If soap and water are not available, use a hand sanitizer that contains at least 60% alcohol.
- Routinely clean and disinfect frequently touched surfaces.

- Cover your mouth and nose with a cloth face covering when around others.

Learn more about what you can do to protect yourself and others.

| More Information |
| --- |
| ASL Video Series: How does COVID-19 Spread? |

Page last reviewed: June 16, 2020

# TAYLOR DECLARATION
# EXHIBIT 9

| | |
|---|---|
| **From:** | Hegg, Stella (OSS) <stella.hegg@state.mn.us> |
| **Sent:** | Friday, June 19, 2020 4:47 PM |
| **To:** | Department, Elections (OSS) |
| **Subject:** | 2020 State Primary AB-MB Witnesses & Postmark Changes related to LaRose et al v. Simon, Case 62-CV-20-3149 |
| **Attachments:** | AB Instructions_Reg_ThirdEnv-2020STP.pdf; AB Instructions_NR_ThirdEnv-2020STP.pdf; MB Instructions-2020STP.pdf; AB Instructions_UOCAVA_ThirdEnv-2020STP.pdf; AB Instructions_UOCAVA_ET-2020STP.pdf; AB-MB Insert for Registered Voters - 2020STP.pdf; AB Insert for Non-Registered Voters - 2020STP.pdf; Reg Voter Signature Envelope Sticker-Stamp Suggestion Sheet.pdf |
| **Importance:** | High |

**Office of the Minnesota Secretary of State**
**Elections Division**

==**For Your Immediate Attention!**==

Dear County Election Administrators:

Please share (ASAP) this email and attachments with your municipalities who are delegated to conduct absentee voting for their residents.

**These changes are necessitated by the order of the court in LaRose et al v. Simon, on June 17, 2020, Case 62-CV-20-3149.**

Attached you will find:

1. A new set of <u>instructions</u> for <u>all</u> absentee and mail ballot voters to be sent out with 2020 state primary ballot packets.
   - These <u>must</u> be sent with <u>all</u> 2020 state primary ballot packets.
2. Two types of "inserts" that should be placed in registered, mail ballot and non-registered ballot packets.
   - The "inserts" to be photocopied on "brightly colored" paper so that it stands out to the voter.
3. A suggestion/informational document regarding registered and mail ballot voter <u>signature</u> envelopes.

<u>OSS Webpages Regarding Absentee & Mail Ballot Voting</u>
We are "in the works" to update all OSS webpages regarding "witnesses" and "postmarking" of returned ballots.  We hope to have everything updated by Monday.

<u>Automated emails with attachments for UOCAVA "email" voters</u>
We are working with IT today to update the "hard coded" sentences that are in the auto-email and the attachments.  It should all be updated by late Monday.  Please do not send UOCAVA "email" voters their emails until all the language is updated to reflect the "post mark" of returned ballots.

<u>Absentee & Mail Voting Guides</u>
We are working to update both guides so that we address "witnesses" for registered and mail ballot voters and "post marks" for returned ballots.  I hope to have these both done by early Tuesday morning.  I am spending a great deal of time updating the "pictures" of envelopes to "reject" or to "accept."

These are challenging, ever changing times.  We appreciate all your work and your patience with us as we navigate and try to quickly communicate "all the changes."

Best,

## Stella Mary Hegg, MPA
*Senior State Program Administrator*
**Office of Minnesota Secretary of State, Steve Simon**
180 State Office Building, 100 Rev. Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155
Phone:  651-556-0646
E-mail: stella.hegg@state.mn.us
Website: https://www.sos.state.mn.us/

# The "Witness" section of 2020 State Primary AB & MB <u>registered</u> voter signature envelopes

You have several options to alter the witness portion of the envelope for a registered voter, or inform a registered voter that the witness is not required, as the consent decree does not require a sticker/stamp to be placed over the signature envelope's "witness" section.

If 2020 state primary "registered" AB-MB ballot packets have already been prepared and it is difficult to place stickers/stamp on the "registered" AB-MB signature envelopes, rest assured, it is not required.  However, if you do not choose to place the sticker on the envelope over the witness signature area, you must either include with each ballot the insert that OSS has provided explaining that the witness signature is not required for the 2020 Primary Election or draw an "X" through the witness signature area on the envelope, or both.

If a sticker/stamp is not placed on the "registered" AB-MB signature envelope, make sure that the ballot board members are well-trained and overly-reminded that missing witness information and signature is not a reason to reject a registered voter's AB or MB returned, voted ballot.

If you would like to add a sticker or stamp to signature envelopes, here are our suggestions:



**Signature Envelope-Registered (horizontal version)**
- A sticker or stamp that is 4 x 4" should cover the Witness section.
- It should state:
    A witness is not required for registered absentee voters for the 2020 Minnesota State Primary.



**Signature Envelope-Registered**

- A sticker or stamp that is 4 x 4" should cover the Witness section.
- It should state:

  A witness is not required for registered absentee voters for the 2020 Minnesota State Primary.

Put the Ballot Envelope
in here, then seal flap

## Signature Envelope

**Voter must complete this section**  please print clearly

Voter name

Voter
MN
address

MN

ID number
(MN driver's license #,
MN ID card #,
or last four digits of SSN)

☐  I do not have a MN-issued driver's license, MN-issued ID card, or a
Social Security Number.

I certify that on Election Day I will meet all the legal requirements to
vote. I also certify that:

Agent name

delivered the absentee ballots to me and that the ballots were
unmarked and the envelope sealed when they were delivered to me.

Voter
Signature      X

**Witness must complete this section**

## A witness is not required for registered absentee voters for the 2020 Minnesota State Primary.

If notary, must affix stamp

**For Official Use Only**

☐Accepted  ☐Rejected (reason):

Signature Envelope-- Registered, Agent Delivery

**Signature Envelope-Registered-Agent Delivery**
- A sticker or stamp that is 4 x 4" should cover the Witness section.
- It should state:
  > A witness is not required for registered absentee voters for the 2020 Minnesota State Primary.



**Signature Envelope-Mail Ballot (horizontal version)**
- A sticker or stamp that is 4 x 4" should cover the Witness section.
- It should state:
  A witness is not required for registered mail ballot voters for the 2020 Minnesota State Primary.



**Signature Envelope-Mail Ballot (horizontal version)**

- A sticker or stamp that is 4 x 4" should cover the Witness section.
- It should state:
  - A witness is not required for registered mail ballot voters for the 2020 Minnesota State Primary.

# New for the 2020 State Primary!!

Non-Registered Minnesota Voters

Your returned ballot must be <u>postmarked</u> ***on or before*** Election Day (August 11, 2020) and received by your county by the day before the county canvass, which may take place on the second or third day following the election.

# Instructions

## How to vote by absentee ballot
## for military and overseas voters sent ballots electronically for the 2020 state primary

**Note:  Your ballot must be printed out and physically returned.  It cannot be returned electronically.**

| | |
|---|---|
| **You will need:** | • A printer |
| | • A pen with black ink |
| | • Two envelopes (you have 3 options): |
| |    ○ Address your own blank envelopes by hand |
| |    ○ Print the envelope templates directly onto envelopes (print the mailing envelope onto an envelope approximately 4 ⅛ inches by 9 ½ inches so that everything is positioned according to postal regulations) |
| |    ○ If you do not have access to any envelopes, create the envelopes by folding and taping or gluing the attachments. |
| | • Your ID number |
| |   Minnesota driver's license number, Minnesota ID card number, U.S. passport number, or the last four digits of your Social Security number. |
| |   *See below if you do not have access to any of these numbers.* |

❶ **Print the materials**

- Print your ballot, the Certificate of Eligibility, and the envelope templates if you are using them.
- Please note that the ballot may take multiple pages.
- Your printer should automatically scale the documents to fit on the printable area of the page.  Just be sure that none of the words or ovals are cut off.



❷ **Vote!**

- Mark your votes in private.
- Follow the instructions on the ballot.
- Do <u>not</u> write your name or an ID number anywhere on the ballot.
- Do <u>not</u> vote for more candidates than allowed.
    - *If you do, your votes for that office will not count.*
- ***See below if you make a mistake on your ballot.***



❸ **Use one of the envelopes as the ballot envelope**

- Put your ballot in this envelope to keep your votes private.
- Seal the envelope.
- Do not write on this envelope.



❹ **Fill out the Certificate of Eligibility <u>completely</u>**

- Print your name and your Minnesota <u>street</u> address, including city (present or last).
- Print your e-mail address and phone number (optional).
- Print your Minnesota driver's license number, Minnesota  ID card number, passport number, or the last four digits of your Social Security number.
    - **Be sure to use one of the same numbers that you provided on your absentee ballot application.**
    - *If you do not have access to any of these documents, leave this space blank.*
- Read and sign the oath.



❺ **Put it all together**

- ▪ Attach the Certificate of Eligibility to the ballot envelope.
- ▪ Your second envelope is the return (mailing) envelope.
- ▪ Put the ballot envelope and the Certificate of Eligibility into the return envelope.
- ▪ Seal the return envelope.
- ▪ Address the return envelope to:

> Official Absentee Balloting Material
> _____ County
> [Street address]
> [City], MN [Zip Code]
> USA



❻ **Return your ballot <u>by Election Day to the address above</u>**

- ▪ Send it so it postmarked **on or before** Election Day, using mail, a package delivery service, or the diplomatic pouch at a U.S. embassy or consulate.

- ▪ **Important Detail regarding returned ballots:** Your returned ballot must be post-marked on or before Election Day (August 11, 2020) and received by your county by the day before the county canvass, which may take place on the second or third day following the election.

- ▪ Postage is not required if the postal permit is on the envelope and it is sent using U.S. mail, U.S. military mail, or the diplomatic pouch. Postage may be required if you use a foreign mail service or a package delivery service.



To check the status of your absentee ballot, visit http://www.mnvotes.org
If you need any help while voting, please contact your county elections office at [insert e-mail address] or [insert telephone number].

### Correcting a mistake

- ▪ Print out a new ballot, or
- ▪ Ask for a new ballot from your election office, or
- ▪ Completely cross out the name of the candidate you accidentally marked and then mark your ballot for the candidate you prefer (do <u>not</u> initial your corrections).



### If you have a disability:

If you have a disability or cannot mark your ballot, another person may assist you by marking your ballot at your direction, assembling the materials, and filling out the forms for you.

When signing the Certificate of Eligibility, Minnesota law says you may:
- ▪ Sign the Certificate yourself, or
- ▪ Make your mark, or
- ▪ Ask another person to sign for you in your presence. (Have this person sign their own name as well.)
- ▪ If you have adopted the use of a signature stamp for all purposes of signature, you may use your signature stamp or ask another person to use your signature stamp in your presence.

Minnesota Statutes, section 645.44, subdivision 14

Please note:  Voting is not covered by a power of attorney.  A person with power of attorney may only sign for you in your presence, as outlined above.

**Confidentiality Notice:**  If your ballot envelope is accepted, your name and address is available to the public upon that acceptance, when used for elections, political and law enforcement purposes. Otherwise, the data you supply on your Certificate of Eligibility is restricted to election officials until 8:00 p.m. on Election Day. After that time, your certificate and the data on it, other than your identification number, are public information. Your ID number is required to ensure that the ballot is returned by the same voter who applied for it. You may refuse to provide it, but doing so may lead your absentee ballot to be rejected and will prevent you from checking on the status of your absentee ballot online.

# New for the 2020 State Primary!!

Registered & Mail Ballot Minnesota Voters

Due to COVID19, **you do not need to have a witness** as part of the absentee ballot or mail balloting process.

Please make sure your voter information is complete on the signature envelope (name, address, ID number and signature).

Your returned ballot must be <u>postmarked</u> ***on or before*** Election Day (August 11, 2020) and received by your county by the day before the county canvass, which may take place on the second or third day following the election.

# Instructions

## How to vote by absentee ballot
## for military and overseas voters for the 2020 state primary

| You will need: | |
|---|---|
| **You will need:** | • Ballot*<br>• Tan ballot envelope*<br>• White signature envelope*<br>• Larger white return envelope*<br>*If any of these items are missing, please contact your local election official. | • Pen with black ink<br>• Your ID number<br>Minnesota driver's license number, Minnesota ID card number, U.S. passport number, or the last four digits of your Social Security number.<br>*See below if you do not have any of these numbers.* |

❶ **Vote!**



- Mark your votes in private.
- Follow the instructions on the ballot.
- Do <u>not</u> write your name or ID number anywhere on the ballot.
- Do <u>not</u> vote for more candidates than allowed.  *If you do, your votes for that office will not count.*
  ***See the other side if you make a mistake on your ballot.***

❷ **Seal your ballot in the tan ballot envelope**



- Do not write on this envelope.

❸ **Put the tan ballot envelope into the white signature envelope**

❹ **Fill out the white signature envelope <u>completely</u>**



- If there is no label, print your name and Minnesota address (present or last).
- Print your e-mail address and phone number (optional).
- Print your Minnesota driver's license number, Minnesota ID card number, passport number or the last four digits of your Social Security number.
  **Be sure to use one of the same numbers that you provided on your absentee ballot application.**
  *If you do not have access to any of these documents, leave this space blank.*
- Read and sign the oath.
- Seal the envelope.



❺ **Put the signature envelope into the larger white return envelope to protect your private information from view**

- Seal the envelope.

❻ **Return your ballot <u>by Election Day to the address on the return envelope</u>**



- Send it postmarked **on or before** Election Day, using mail, a package delivery service, or the diplomatic pouch at a U.S. embassy or consulate. **SEE IMPORTANT NOTE ON OTHER SIDE**
- Postage is not required if the postal permit is on the envelope and it is sent using the U.S. mail, U.S. military mail, or the diplomatic pouch.  Postage may be required if you use a foreign mail service or a package delivery service.



**See the other side for special instructions if you have a disability.**

**To check the status of your absentee ballot, visit http://www.mnvotes.org.**

If you have any questions, contact your county elections office at [insert e-mail address] or [insert telephone number].

**IMPORTANT NOTE:  Your returned ballot must be postmarked on or before Election Day (August 11, 2020) and received by your county by the day before the county canvass, which may take place on the second or third day following the election.**

## Correcting a mistake

- If time allows, ask for a new ballot from your election office. Contact your election office at [e-mail] or [phone number], or
- Completely cross out the name of the candidate you accidentally marked and then mark your ballot for the candidate you prefer (do <u>not</u> initial your corrections).



## If you have a disability:

If you have a disability or cannot mark your ballot, another person may assist you by marking your ballot at your direction, assembling the materials, and filling in the forms for you.

When signing the envelope, Minnesota law says you may:
- Sign the return envelope yourself, or
- Make your mark, or
- Ask another person to sign for you in your presence. (Have this person sign their own name as well.)
- If you have adopted the use of a signature stamp for all purposes of signature, you may use your signature stamp or ask another person to use your signature stamp in your presence.

Minnesota Statutes, section 645.44, subdivision 14

Please note:  Voting is not covered by power of attorney.  A person with power of attorney may only sign for you in your presence as outlined above.

**Confidentiality Notice:**  If your ballot envelope is accepted, your name and address is available to the public upon that acceptance, when used for elections, political and law enforcement purposes. Otherwise, the data you supply on your signature envelope is restricted to election officials until 8:00 p.m. on Election Day. After that time, your envelope and the data on it, other than your identification number, are public information. Your ID number is required to ensure that the ballot is returned by the same voter who applied for it. You may refuse to provide it, but doing so may lead your absentee ballot to be rejected and will prevent you from checking on the status of your absentee ballot online.

# Instructions

## How to vote by absentee ballot for non-registered voters in the 2020 state primary

**You will need:**

- Ballot*
- Tan ballot envelope*
- Voter registration application*
- White signature envelope*
- Larger white return envelope*
- Pen with black ink
- Minnesota driver's license with your address *or* other authorized proof of where you live. *See other side for a list of options*

\*If any of these items are missing, please contact your local election official.

- Your ID number
  Minnesota driver's license number,
  Minnesota ID card number,
  or the last four digits of your Social Security number.
  *See below if you do not have any of these numbers.*
- Witness
  Anyone registered to vote in Minnesota,
  *including your spouse or relative,*
  *or* a notary public,
  *or* a person with the authority to administer oaths

**Important:  You must submit the voter registration application <u>with</u> your ballot
(in the white signature envelope) for your vote to be counted.**

❶ **Fill out the voter registration application and sign it**
- Show your witness your driver's license or other authorized proof of where you live. *See the other side for a list of options.*



❷ **Vote!**
- Show your witness your blank ballot, then mark your votes in private.
- Follow the instructions on the ballot.
- Do <u>not</u> write your name or ID number anywhere on the ballot.
- Do <u>not</u> vote for more candidates than allowed. *If you do, your votes for that office will not count.* **See the other side if you make a mistake on your ballot.**



❸ **Seal your ballot in the tan ballot envelope**
- Do not write on this envelope.



❹ **Put the tan ballot envelope and the voter registration application in the white signature envelope**

❺ **Fill out the white signature envelope <u>completely</u>**
- If there is no label, print your name and Minnesota address.
- Print your Minnesota driver's license number, Minnesota ID card number, or the last four digits of your Social Security number.
  **Be sure to use one of the same numbers that you provided on your absentee ballot application.** *If you do not have any of these numbers, check the box.*
- Read and sign the oath.
- Ask your witness to print their name and Minnesota <u>street</u> address, including city (not a P.O. Box), indicate which proof you showed them, and sign their name.
  *If your witness is an official or notary, they must print their title instead of an address. Notaries must also affix their stamp.*
- Seal the envelope.



❻ **Put the signature envelope into the larger white return envelope to protect your private information from view**
- Seal the envelope.



❼ **Return your ballot <u>by Election Day</u> to the address on the return envelope**
**Ballots may not be delivered to your polling place.**
You have three options:
- Send it so it is postmarked **<u>on or before</u>** Election Day, using U.S. mail or a package delivery service **(SEE INSERT FOR <u>IMPORTANT</u> DETAILS ABOUT THIS),**
- Deliver it in person before election day or by 3:00 p.m. on Election Day, or
- Ask someone to deliver it by 3:00 p.m. on Election Day.
  *This person cannot deliver more than 3 ballots.*





**To check the status of your absentee ballot, visit www.mnvotes.org.**

## Options for proof of where you live

A valid Minnesota driver's license, Minnesota ID card, or permit with your current address

*or*

A photo ID that does not have your current address <u>along with</u> a document that has your current address

- ▪ **Eligible photo IDs:** Minnesota or another state's driver's license, learner's permit, or ID card; U.S. passport; U.S. military or veteran ID card; Minnesota high school/college/university ID card; or tribal ID card with your signature, from a tribe recognized by the Bureau of Indian Affairs (BIA).
- ▪ **Eligible documents with your current address:** an original bill, including account statements and start-of-service notifications, dated within 30 days before or with a due date 30 days before or after the election; a current student fee statement; or a residential lease if valid through election day. Eligible bills are: gas, electric, solid waste, water, sewer, phone, cell phone, television, Internet provider, credit card, or banking services; or bills for rent or mortgage payments.

*or* one of the following:

- ▪ A yellow receipt for a valid Minnesota driver's license, Minnesota ID card, or permit with your current address
- ▪ Vouching: the signature of a registered voter who lives in your precinct and personally knows that you live in the precinct. If your witness is registered to vote in this precinct, your witness may vouch for you. *This person must complete and sign the voucher form on the back of the voter registration application.*
- ▪ A tribal ID card with your name, address, signature, and picture, from a tribe recognized by the BIA
- ▪ A "Notice of Late Registration" if you received one from the county auditor or city clerk
- ▪ If you have moved within your precinct or changed your name, a current registration in the precinct
- ▪ Vouching for residents of certain residential facilities: the signature of an employee of your residential facility, including nursing homes, group homes, battered women's shelters, homeless shelters, etc. If you are not sure if the residential facility where you live is eligible, call your local election official. *The employee must complete and sign the voucher form on the back of the voter registration application.*

## Correcting a mistake

- ▪ If time allows, ask for a new ballot from your election office. Contact your election office at [e-mail] or [phone number], or
- ▪ Completely cross out the name of the candidate you accidentally marked and then mark your ballot for the candidate you prefer (do <u>not</u> initial your corrections).



## If you have a disability:

If you have a disability or cannot mark your ballot, your witness may assist you by marking your ballot at your direction, assembling the materials, and filling out the forms for you.

When signing the envelope, Minnesota law says you may:

- ▪ Sign the return envelope yourself, or
- ▪ Make your mark, or
- ▪ Ask your witness to sign for you in your presence. (Have the witness sign their own name as well.)
- ▪ If you have adopted the use of a signature stamp for all purposes of signature, you may use your signature stamp or ask your witness to use your signature stamp in your presence.

Minnesota Statutes, section 645.44, subdivision 14

Please note:  Voting is not covered by power of attorney.  A person with power of attorney may only sign for you in your presence, as outlined above.

**Confidentiality Notice:**  If your ballot envelope is accepted, your name and address is available to the public upon that acceptance, when used for elections, political and law enforcement purposes. Otherwise, the data you supply on your signature envelope is restricted to election officials until 8:00 p.m. on Election Day. After that time, your envelope and the data on it, other than your identification number, are public information. Your ID number is required to ensure that the ballot is returned by the same voter who applied for it. You may refuse to provide it, but doing so may lead your absentee ballot to be rejected and will prevent you from checking on the status of your absentee ballot online.

# Instructions
## How to vote by mail ballot—2020 state primary

**You will need:**
- Ballot*
- Tan ballot envelope*
- White signature envelope*
- Pen with black ink

\*If any of these items are missing, please contact your local election official.

❶ **Vote!**
- Follow the instructions on the ballot.
- Do <u>not</u> write your name or ID number anywhere on the ballot.
- Do <u>not</u> vote for more candidates than allowed.
  *If you do, your votes for that office will not count.*

***See the other side if you make a mistake on your ballot.***



❷ **Seal your ballot in the tan ballot envelope**
- Do not write on this envelope.

❸ **Put the tan ballot envelope into the white signature envelope**





❹ **Fill out the white signature envelope <u>completely</u>**
- If there is no label, print your name and Minnesota address.
- Read and sign the oath.
- **NOTE: A witness is <u>*not*</u> required for registered mail ballot voters for the 2020 state primary**
- Seal the envelope.



❺ **Return your ballot**

**Postmarked <u>by Election Day</u> to the address on the signature envelope**

You have three options:
- Send it postmarked <u>on or before</u> Election Day, using U.S. mail or a package delivery service **(SEE INSERT FOR IMPORTANT DETAILS ABOUT THIS),**
- Deliver it in person by 8:00 p.m. on Election Day, or
- Ask someone to deliver it by 8:00 p.m. on Election Day.
  *This person cannot deliver more than 3 ballots.*

**If you have questions, please call: (...) ...-.... .**

**See other side for special instructions if you have a disability**



## Correcting a mistake

- If time allows, ask for a new ballot from your election office. Contact your election office at [e-mail] or [phone number], or
- Completely cross out the name of the candidate you accidentally marked and then mark your ballot for the candidate you prefer (do <u>not</u> initial your corrections).



---

## If you have a disability:

If you have a disability or cannot mark your ballot, anyone may assist you by marking your ballot at your direction, assembling the materials and filling out the forms for you.

When signing the envelope, Minnesota law says you may:

- Sign the return envelope yourself, or
- Make your mark, or
- Ask someone to sign for you in your presence. Have the person sign their own name as well.
- If you have adopted the use of a signature stamp for all purposes of signature, you may use your signature stamp or ask someone to use your signature stamp in your presence.

Minnesota Statutes, section 645.44, subdivision 14

Please note: Voting is not covered by power of attorney. A person with power of attorney may only sign for you in your presence, as outlined above.

---

**Confidentiality Notice:** The data you supply on your signature envelope are public information when used for elections, political or law enforcement purposes as part of a public information list.

# Instructions

## How to vote by absentee ballot
## for registered 2020 state primary voters

**You will need:**
- Ballot*
- Tan ballot envelope*
- White signature envelope*
- Larger white return envelope*

- Pen with black ink
- Your ID number
  Minnesota driver's license number, Minnesota ID card number, or the last four digits of your Social Security number.
  *See below if you do not have any of these numbers.*

\*If any of these items are missing, please contact your local election official.

❶ **Vote!**
- 
- Follow the instructions on the ballot.
- Do <u>not</u> write your name or ID number anywhere on the ballot.
- Do <u>not</u> vote for more candidates than allowed. *If you do, your votes for that office will not count.*
  **See the other side if you make a mistake on your ballot.**



❷ **Seal your ballot in the tan ballot envelope**
- Do not write on this envelope.



❸ **Put the tan ballot envelope into the white signature envelope**



❹ **Fill out the white signature envelope <u>completely</u>**
- If there is no label, print your name and Minnesota address.
- Print your Minnesota driver's license number, Minnesota ID card number, or the last four digits of your Social Security number.
  **Be sure to use one of same numbers that you provided on your absentee ballot application.**
  *If you do not have any of these numbers, check the box.*
- Read and sign the oath.

- ## NOTE: A witness is <u>not</u> needed for the absentee ballots of registered voters in the 2020 Minnesota state primary

- Seal the envelope.



❺ **Put the signature envelope into the larger white return envelope to protect your private information from view**

- Seal the envelope.



❻ **Return your ballot**
**Postmarked <u>by Election Day to the address on the return envelope</u>**
**Ballots <u>may not</u> be delivered to your polling place.**
You have three options:
- Send it so it is postmarked by Election Day, using U.S. mail or a package delivery service
  **(SEE INSERT FOR IMPORTANT DETAILS ABOUT THIS),**
- Deliver it in person before election day or by 3:00 p.m. on Election Day, or
- Ask someone to deliver it by 3:00 p.m. on Election Day.
  *This person cannot deliver more than 3 ballots.*



**See the other side for special instructions if you have a disability.**
**To check the status of your absentee ballot, visit www.mnvotes.org.**






## Correcting a mistake

- If time allows, ask for a new ballot from your election office. Contact your election office at [e-mail]  or [phone number], or
- Completely cross out the name of the candidate you accidentally marked and then mark your ballot for the candidate you prefer (do <u>not</u> initial your corrections).



## If you have a disability:

If you have a disability or cannot mark your ballot, anyone may assist you by marking your ballot at your direction, assembling the materials, and filling out the forms for you.

When signing the envelope, Minnesota law says you may:

- Sign the return envelope yourself, or
- Make your mark, or
- Ask someone to sign for you in your presence. Have the person sign their own name as well.
- If you have adopted the use of a signature stamp for all purposes of signature, you may use your signature stamp or ask someone to use your signature stamp in your presence.

Minnesota Statutes, section 645.44, subdivision 14

Please note:  Voting is not covered by power of attorney.  A person with power of attorney may only sign for you in your presence, as outlined above.

**Confidentiality Notice:**  If your ballot envelope is accepted, your name and address is available to the public upon that acceptance, when used for elections, political and law enforcement purposes. Otherwise, the data you supply on your signature envelope is restricted to election officials until 8:00 p.m. on Election Day. After that time, your envelope and the data on it, other than your identification number, are public information. Your ID number is required to ensure that the ballot is returned by the same voter who applied for it. You may refuse to provide it, but doing so may lead your absentee ballot to be rejected and will prevent you from checking on the status of your absentee ballot online.