IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**CIVIL MOTION HEARING**

| | |
|---|---|
| League of Women Voters of Minnesota Education Fund, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Steve Simon, et al., in his official capacity as Secretary of State of Minnesota,<br><br>Defendants. | **COURT MINUTES**<br>BEFORE: Eric C. Tostrud<br>U.S. District Judge<br><br>Case No:  20-cv-1205 ECT/TNL<br>Date:  June 23, 2020<br>Court Reporter:  Tim Willette<br>Courthouse:  St. Paul<br>Courtroom:  3B / Video Conference<br>Time Commenced: 11:05 a.m.<br>Time Concluded:  1:38 p.m.<br>Time in Court:   2 Hours 32 Minutes |

## APPEARANCES BY TELEPHONE:

Plaintiffs:   Danielle Lang and Jonathan Diaz, Campaign Legal Center
              Amy Erickson and Julia Dayton Klein, Lathrop GPM LLP

Defendants:  Hillary Taylor, Minnesota Office of the Attorney General

Intervenor
Defendants:  Thomas McCarthy and Cameron Norris, Consovoy McCarthy PLLC
             Richard Morgan, Lewis Brisbois

## HEARING ON:

Proposed Consent Decree.  [ECF No. 24]

MOTION to Intervene filed by Republican Party of Minnesota, The Republican National Committee, Donald J. Trump for President, Inc. [ECF No. 37]

## PROCEEDINGS:

The Proposed Consent Decree and Motion to Intervene were moved and argued. The Motion to Intervene filed by the Republican Party of Minnesota, the Republican National Committee, and Donald J. Trump for President, Inc. [ECF No. 37] is GRANTED for the reasons stated on the record during the hearing. Intervenors are permitted to intervene as defendants and shall file their Proposed Answer [ECF No. 37, Attachment No. 1] without

delay. The Proposed Consent Decree [ECF No. 24] is not accepted for the reasons stated on the record during the hearing.

s/ R. Morton
Courtroom Deputy