UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| League of Women Voters of Minnesota Education Fund; Vivian Latimer Tanniehill; Isabel Bethke; and Malea Marxer, | File No. 20-cv-1205 (ECT/TNL) |
| Plaintiffs, | **ORDER** |
| v. | |
| Steve Simon, in his official capacity as Secretary of State of Minnesota, | |
| Defendant, | |
| and | |
| Donald J. Trump for President, Inc.; Republican National Committee; and Republican Party of Minnesota | |
| Intervenor-Defendants. | |

---

Intervenor-Defendant Donald J. Trump for President, Inc., has filed a motion to withdraw as an intervenor-defendant, asking that it be dismissed from this action. ECF No. 74. In the motion, Donald J. Trump for President asserts that, with the conclusion of the November 2020 election, it no longer has an interest in the outcome of this action and that, having conferred, all parties consent to the motion. *Id.*

**IT IS ORDERED** that Donald J. Trump for President, Inc.'s Unopposed Motion to Withdraw as Intervenor-Defendant [ECF No. 74] is **GRANTED**. Donald J. Trump for President, Inc. shall be dismissed from this action without costs, disbursements, or attorneys' fees to any of the parties.

Date:  February 1, 2021              s/ Eric C. Tostrud
                                                Eric C. Tostrud
                                                United States District Court