IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| League of Women Voters of Minnesota Education Fund; Vivian Latimer Tanniehill; Isabel Bethke; and Malea Marxer,<br><br>Plaintiffs,<br><br>v.<br><br>Steve Simon, in his official capacity as Secretary of State of Minnesota,<br><br>Defendant,<br><br>and<br><br>Republican National Committee; and Republican Party of Minnesota<br><br>Intervenor-Defendants. | Civil Action No. 0:20-cv-01205-ECT-TNL |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties in the above-captioned matter hereby stipulate to dismissal of the remaining count in Plaintiffs' Amended Complaint. The dismissal of Plaintiffs' remaining count is without prejudice, with each party bearing its own attorney's fees and costs.

**STIPULATED AND AGREED TO:**

Dated: May 12, 2021

| **LATHROP GPM LLP** | **OFFICE OF THE ATTORNEY GENERAL** |
|---|---|
| /s/ *Julia Dayton Klein*<br>Julia Dayton Klein, Bar No. 0319181<br>Amy Erickson, Bar No. 0399214<br>LATHROP GPM LLP<br>500 IDS Center | /s/ *Jason Marisam*<br>Jason Marisam, Bar No. 0398187<br>Cicely R. Miltich, Bar No.<br>OFFICE OF THE ATTORNEY GENERAL<br>445 Minnesota Street |

80 South 8th Street
Minneapolis, MN 55402
Julia.DaytonKlein@lathropgpm.com
Amy.Erickson@lathropgpm.com
(612) 632-3153
(612) 632-3470

**CAMPAIGN LEGAL CENTER**
Danielle Lang*
Jonathan Diaz*
Caleb Jackson*
Mark Gaber*
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
dlang@campaignlegalcenter.org
jdiaz@campaignlegalcenter.org
cjackson@campaignlegalcenter.org
mgaber@campaignlegalcenter.org
(202) 736-2200

*Counsel for Plaintiffs*

*admitted *pro hac vice*

Suite 1400
St. Paul, MN 55101
Jason.marisam@ag.state.mn.us
Cicely.miltich@ag.state.mn.us
(651) 757-1275

*Counsel for Defendant Steve Simon*

**CONSOVOY McCARTHY PLLC**
/s/ *Thomas McCarthy*
Thomas McCarthy*
Cameron Norris*
CONSOVOY McCARTHY PLLC
1600 Wilson Blvd
Suite 700
Arlington, VA 22209
tom@consovoymccarthy.com
cam@consovoymccarthy.com
(703) 243-9423

**LEWIS BRISBOIS**
Richard G. Morgan
LEWIS BRISBOIS
90 South 7th Street
Suite 2800
Minneapolis, MN 55402
(612) 428-5000
Richard.morgan@lewisbrisbois.com

*Counsel for Intervenor-Defendants Republican National Committee and Republican Party of Minnesota*