UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| League of Women Voters of Minnesota Education Fund; Vivian Latimer Tanniehill; Isabel Bethke; and Malea Marxer,<br><br>      Plaintiffs,<br><br>v.<br><br>Steve Simon, in his official capacity as Secretary of State of Minnesota,<br><br>      Defendant,<br><br>and<br><br>The Republican National Committee and Republican Party of Minnesota,<br><br>      Intervenors. | File No. 20-cv-1205 (ECT/TNL)<br><br><br><br><br><br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the Joint Stipulation of Voluntary Dismissal Without Prejudice [ECF No. 99] entered into by the Parties,

**IT IS ORDERED** that the above-captioned action is hereby DISMISSED without prejudice in its entirety with each party to bear its own costs and attorney fees in connection with such claims.

Dated:  May 13, 2021

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court